IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIN L. FRISBIE,

        Plaintiff,                       No. CIV S-07-1172 GGH

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,
                                            ORDER

        Defendant.
_____/

        Presently before the court are the parties' cross-motions for summary judgment. The medical record contains a notation regarding an office visit dated October 10, 2005, that plaintiff won $1.2 million in the lottery since the last office visit. (Tr. at 280.)

        Accordingly, IT IS ORDERED that within five days of this order plaintiff shall file a declaration stating whether this notation is true, and if so, whether he will be withdrawing his SSI application. If plaintiff does not intend to proceed with his DIB application only, he shall explain  why not.

DATED: 08/21/08                             /s/ Gregory G. Hollows

                                                                  GREGORY G. HOLLOWS
                                                                  U.S. MAGISTRATE JUDGE

GGH/076
Frisbie1172.sup.wpd

1